UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA, *ex rel.* : **RULE 7.1 STATEMENT**
SFN PARTNERS, LLC,
: **FILED UNDER SEAL**
          Plaintiff, **PURSUANT TO**
: **31 U.S.C. § 3730**
      v.
:
POST ACUTE PARTNERS, LLC; 1 BETHESDA
DRIVE OPERATING COMPANY LLC, d/b/a : 20 Civ. _____
ELDERWOOD AT HORNELL; 1019 WICKER
STREET OPERATING COMPANY LLC, d/b/a :
ELDERWOOD AT TICONDEROGA; 104 OLD
NIAGARA ROAD OPERATING COMPANY :
LLC, d/b/a ELDERWOOD AT LOCKPORT; 112
SKI BOWL ROAD OPERATING COMPANY LLC;
d/b/a ELDERWOOD AT NORTH CREEK; 170
WEST AVENUE OPERATING COMPANY, LLC, :
d/b/a ELDERWOOD OF LAKESIDE AT
BROCKPORT; 1818 COMO PARK BOULEVARD:
OPERATING COMPANY LLC, d/b/a
ELDERWOOD AT LANCASTER; 185 OLD :
MILITARY ROAD OPERATING COMPANY
LLC, d/b/a ELDERWOOD OF UIHLEIN AT :
LAKE PLACID; 200 BASSETT ROAD
OPERATING COMPANY LLC, d/b/a :
ELDERWOOD AT WILLIAMSVILLE; 225
BENNETT ROAD OPERATING COMPANY :
LLC, d/b/a ELDERWOOD AT CHEEKTOWAGA;
2600 NIAGARA FALLS BOULEVARD :
OPERATING COMPANY, LLC, d/b/a
ELDERWOOD AT WHEATFIELD; :
2850 GRAND ISLAND BOULEVARD
OPERATING COMPANY LLC, d/b/a :
ELDERWOOD AT GRAND ISLAND;
37 NORTH CHEMUNG STREET OPERATING :
COMPANY, LLC, d/b/a ELDERWOOD AT
WAVERLY; 4459 BAILEY AVENUE :
OPERATING COMPANY LLC, d/b/a
ELDERWOOD AT AMHERST; 4800 BEAR :
ROAD OPERATING COMPANY LLC, d/b/a
ELDERWOOD AT LIVERPOOL; 981 KINGS :
TOWN ROAD OPERATING COMPANY LLC,
d/b/a ELDERWOOD OF SCALLOP SHELL AT :
WAKEFIELD; 5575 MAELOU DRIVE
OPERATING COMPANY LLC, d/b/a :
ELDERWOOD AT HAMBURG; 98 STARR
FARM ROAD OPERATING COMPANY LLC, :
d/b/a ELDERWOOD AT BURLINGTON;
111 ENSMINGER ROAD OPERATING :
COMPANY, LLC, d/b/a ELDERWOOD
ASSISTED LIVING AT TONAWANDA; :
245 BASSETT ROAD OPERATING COMPANY
LLC, d/b/a ELDERWOOD VILLAGE AT :
BASSETT PARK; 5271 MAIN STREET
OPERATING COMPANY LLC, d/b/a :
ELDERWOOD VILLAGE AT WILLIAMSVILLE;
580 ORCHARD PARK ROAD OPERATING :
COMPANY LLC, d/b/a ELDERWOOD

ASSISTED LIVING AT WEST SENECA; 76       :
BUFFALO STREET OPERATING COMPANY
LLC, d/b/a ELDERWOOD ASSISTED LIVING    :
AT HAMBURG; 1404 LONG POND ROAD
OPERATING COMPANY LLC, d/b/a             :
ELDERWOOD VILLAGE AT GREECE; 229
BENNETT ROAD OPERATING COMPANY      :
LLC, d/b/a ELDERWOOD ASSISTED LIVING AT
CHEEKTOWAGA; 2600 NIAGARA FALLS       :
BOULEVARD AL OPERATING COMPANY LLC,
d/b/a ELDERWOOD ASSISTED LIVING AT       :
WHEATFIELD; 44 BALL STREET OPERATING
COMPANY LLC, d/b/a ELDERWOOD ASSISTED:
LIVING AT WAVERLY; 505 CLUBHOUSE
ROAD OPERATING COMPANY LLC, d/b/a       :
ELDERWOOD VILLAGE AT VESTAL; 626
WATERVLIET SHAKER ROAD OPERATING   :
COMPANY LLC, d/b/a ELDERWOOD VILLAGE
AT COLONIE; 7 CHARDONNAY DRIVE           :
OPERATING COMPANY LLC, d/b/a
ELDERWOOD VILLAGE AT FAIRPORT; POST :
ACUTE PARTNERS MANAGEMENT, LLC;
ELDERWOOD ADMINISTRATIVE SERVICES,  :
LLC; ELDERWOOD DEVELOPMENT, LLC;
ELDERWOOD STAFFING SOLUTIONS, LLC;    :
PP PEDIATRIC MANAGEMENT LP;
WOODMARK PHARMACY OF CT, LLC;            :
WOODMARK PHARMACY OF
MASSACHUSETTS, LLC; WOODMARK             :
PHARMACY OF NEW YORK, LLC; 3300
HENRY AVENUE OPERATING COMPANY, LP;:
120 RIDER AVENUE OPERATING COMPANY,
LP; 2900 JOHNSON STREET OPERATING         :
COMPANY, LP; 120 RIDER AVENUE PCH
OPERATING COMPANY, LP; and                      :
WARREN COLE and DR. JEFFREY RUBIN,
in their individual capacities,                             :

       Defendants.                                        :

------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff-Relator SFN Partners, LLC, certifies that it has no corporate parents, affiliates and/or subsidiaries, and that no publicly held corporation owns any of its stock.

Dated: New York, New York
      October 5, 2020

                                BY:    __/s/ Heidi A. Wendel_____
                                        HEIDI A. WENDEL (HW-2854)
                                        Law Office of Heidi A. Wendel PLLC
                                        43 West 43rd Street, Suite 184
                                        New York, NY 10036
                                        Tel. No.: (917) 854-1645
                                        hwendel@heidiwendellaw.com