UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SFN PARTNERS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>POST ACUTE PARTNERS, LLC *et al.*,<br><br>      Defendants. | 20 Civ. 8262 (JPC)<br><br>**FILED UNDER SEAL** |

  IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the time for plaintiff the United States of America to notify this Court of its decision whether to intervene in the above-captioned action, or decline to do so, is hereby extended by six months, to and including December 3, 2021.

  The complaint, orders, and all other documents submitted to the Court shall remain under seal during that period and until further order of the Court.

Dated: June 7, 2021
   New York, New York

            SO ORDERED:

            _____
            HONORABLE JOHN P. CRONAN
            UNITED STATES DISTRICT JUDGE