UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA *ex rel.* SFN                            :
PARTNERS, LLC,                                                    :
                                                                  :
                           Plaintiff,                     :          20 Civ. 8262 (JPC)
                                                                  :
                         -v-                            :          ORDER (FILED UNDER
                                                                  :                   SEAL)
POST ACUTE PARTNERS, LLC, *et al.*,                               :
                                                                  :
                         Defendants.                    :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On November 30, 2021, Plaintiff-Relator SFN Partners, LLC, with the United States's consent, filed a notice to voluntarily dismiss the Complaint under Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1) without prejudice. The Complaint is therefore dismissed without prejudice.

        Plaintiff has also moved to have the case permanently remain under seal. By December 15, 2021, shall file a supplemental brief explaining why permanently sealing the entire case is necessary, whether a shorter period of sealing would address Plaintiff's concerns, and whether redacting portions of the Complaint and other filed documents would address Plaintiff's concerns (and, if so, what redactions Plaintiff proposes). If Plaintiff proposes permanently redacting any documents, Plaintiff must comply with Rule 5.2 of the Federal Rules of Civil Procedure and this Court's Individual Rules. The Government also may provide any further views on sealing and redactions by December 15, 2021.

The case will remain under seal until further order of the Court, as the Court considers these forthcoming submissions.

SO ORDERED.

Dated: December 1, 2021
New York, New York

JOHN P. CRONAN
United States District Judge